1  Leila Nourani (SBN 146922)
   JACKSON LEWIS P.C.
2  725 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5408
3  Telephone: (213) 689-0404
   Facsimile:  (213) 689-0430
4  Leila.Nourani@jacksonlewis.com

5  Stephanie Joy M. Tanada (SBN 257769)
   JACKSON LEWIS P.C.
6  200 Spectrum Center Drive, Suite 500
   Irvine, California 92618
7  Telephone:   (949) 885-1360
   Facsimile:    (949) 885-1380
8  Stephanie.Tanada@jacksonlewis.com

9  Attorneys for Defendant
   RENAL TREATMENT CENTERS – CALIFORNIA, INC.
10 (erroneously sued and served herein as DAVITA, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BERTUMEN,<br><br>              Plaintiff,<br>     vs.<br><br>DAVITA INC.; AND DOES 1-100, INCLUSIVE,<br><br>              Defendants. | CASE NO.: 5:22-cv-505<br><br>[Riverside County Superior Court Case No. CVRI2200594]<br><br>**DECLARATION OF MAKISHA ALEXANDER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441**<br><br>[*Filed concurrently with the Civil Cover Sheet; Notice of Removal; Declaration of Stephanie J. Tañada; Declaration of Scott Herod Corporate Disclosure Statement; Notice of Interested Parties; and Notice of Related Cases*] |

1   DECLARATION OF MAKISHA ALEXANDER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Complaint Filed: February 10, 2022
Trial Date: Not Set

## DECLARATION OF MAKISHA ALEXANDER

I, Makisha Alexander, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I have been employed with DVA Renal Healthcare, Inc., a wholly owned subsidiary of DaVita Inc. ("DaVita"), a Delaware corporation, since July 2013, in which capacity I am presently employed as a Sr. Manager, People Services.

2. In my capacity as a Sr. Manager, People Services, I have access to the personnel and payroll records of current and former employees of Renal Treatment Centers, including the records of Plaintiff. According to these records, at all times during Plaintiff's employment, he resided in California. Plaintiff's pay records also show that at the time of termination, Plaintiff's hourly rate was $19.57 per hour. Plaintiff's weekly hours worked in 2020 varied, but average to approximately 24.5 hours a week. Plaintiff's earnings in 2020 totaled approximately $479.47 per week and would be approximately $24,932.18 annually. This figure does not include overtime, holiday pay, or double time.

I declare under penalty of perjury and under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this March 21, 2022 at Riverside, California.

Makisha Alexander

Case No.: 2   DECLARATION OF MAKISHA ALEXANDER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

**CASE NAME:**   *PAUL BERTUMEN v. RENAL TREATMENT CENTERS*

**CASE NO.:**   5:22-cv-505

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

On **March 22, 2022,** I caused the following document(s) described as **DECLARATION OF MAKISHA ALEXANDER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Todd M. Friedman<br>Meghan E. George<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>21031 Ventura Blvd., Suite 340<br>Woodland Hills, CA 91364 | Attorneys for Plaintiff<br>Paul Bertumen<br><br>Tel:   (877) 206-4741<br>Fax:   (866) 633-0228<br>tfriedman@toddflaw.com<br>mgeorge@toddflaw.com |

[X]   **BY E-MAIL OR ELECTRONIC TRANSMISSION** - Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address carolina.rangel@jacksonlewis.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X ]   **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 22, 2022**, at Irvine, California.

_____
Carolina Rangel

4870-7532-9303, v. 1