Leila Nourani (SBN 146922)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile:  (213) 689-0430
Leila.Nourani@jacksonlewis.com

Stephanie Joy M. Tanada (SBN 257769)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone:  (949) 885-1360
Facsimile:   (949) 885-1380
Stephanie.Tanada@jacksonlewis.com

Attorneys for Defendant
RENAL TREATMENT CENTERS – CALIFORNIA, INC.
(erroneously sued and served herein as DAVITA, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BERTUMEN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DAVITA INC.; AND DOES 1-100, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO.: 5:22-cv-505<br><br>[Riverside County Superior Court Case No. CVRI2200594]<br><br>**DEFENDANT RENAL TREATMENT CENTERS – CALIFORNIA, INC.'S NOTICE OF RELATED CASES IN SUPPORT OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**<br><br>*[Filed concurrently with the Civil Cover Sheet; Notice of Removal; Declarations in Support of Removal; Corporate Disclosure Statement; and Notice of Interested Parties]*<br><br>Complaint Filed:　February 10, 2022<br>Trial Date:　　　　Not Set |

1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 83-1.3.1, that Defendant RENAL TREATMENT CENTERS – CALIFORNIA, INC. ("Defendant") is unaware of any action previously filed or currently pending in the Central District of California that calls for determination of the same or substantially identical questions of law and fact and/or is likely for other reasons to entail substantial duplication of labor if heard by different judges.

Dated:  March 22, 2022                              JACKSON LEWIS P.C.

                                       By:   /s/ *Stephanie J. Tanada*  _____
                                             Leila Nourani
                                             Stephanie J. Tanada

                                             Attorneys for Defendants
                                             RENAL TREATMENT CENTERS –
                                             CALIFORNIA, INC.

# PROOF OF SERVICE

**CASE NAME:** *PAUL BERTUMEN v. RENAL TREATMENT CENTERS*

**CASE NUMBER: 5:22-cv-505**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 200 Spectrum Center Drive, Suite 500, Irvine, California 92618.

On March 22, 2022, I served the foregoing document described as:

**DEFENDANT RENAL TREATMENT CENTERS – CALIFORNIA, INC.'S NOTICE OF RELATED CASES IN SUPPORT OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Todd M. Friedman<br>Meghan E. George<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>21031 Ventura Blvd., Suite 340<br>Woodland Hills, CA 91364 | Attorneys for Plaintiff<br>Paul Bertumen<br><br>Tel:  (877) 206-4741<br>Fax:  (866) 633-0228<br>tfriedman@toddflaw.com<br>mgeorge@toddflaw.com |

**[X]  BY E-MAIL OR ELECTRONIC TRANSMISSION** - Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address carolina.rangel@jacksonlewis.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]  FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 22, 2022 at Irvine, California.

                                                            _____<br>
                                                            Carolina Rangel

4885-8576-2838, v. 1